IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TONY J. BOONE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **07-878-CJP** |
| | ) | |
| **MICHAEL J. ASTRUE**, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is the parties' joint motion to reverse and remand the above-captioned action and the underlying issue of plaintiff Boone's alleged disability to the defendant Commissioner of Social Security in accordance with sentence four of 42 U.S.C. § 405(g).  **(Doc. 24).**  The parties agree that upon remand, plaintiff will be permitted to update the medical record, the Social Security Administration will commence proceedings at step three in the five-step analytical process, determining whether any of plaintiff's impairments meet or equal a presumptively disabling impairment listed in 20 C.F.R. Pt. 404, Subpt. P, App. 1, and the Administrative Law Judge will conduct a new hearing.

Sentence four of 42 U.S.C. § 405(g) provides the district court with the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." **42 U.S.C. §405(g).**  The Supreme Court has ruled that remand pursuant to sentence four constitutes a final judgment, as it "terminat[es] the litigation with victory for the plaintiff." ***Shalala v. Schaefer*, 509 U.S. 292, 297-298 and 301 (1993).**

**IT IS HEREBY ORDERED** that on motion of the parties and after reviewing the record before the Court, that the subject motion **(Doc. 24)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the defendant Commissioner of Social Security, Michael J. Astrue, denying plaintiff Tony J. Boone Disability Insurance Benefits is **REVERSED AND REMANDED** for further proceedings in accordance with this order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall have the record reflect that all pending motions are denied as moot and final judgment shall enter accordingly.

**IT IS SO ORDERED.**

**DATED:  March 16, 2009**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
