# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY J. BOONE, | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 07-878-CJP |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on March 16, 2009 (Doc. 26), the final decision of the defendant Commissioner of Social Security, Michael J. Astrue, denying plaintiff Tony J. Boone Disability Insurance Benefits is **REVERSED and REMANDED** for further proceedings.

DATED: March 17, 2009

**JUSTINE FLANAGAN, ACTING CLERK**

BY: S/ Angela M. Vehlewald
**Deputy Clerk**

Approved by       S/ Clifford J. Proud
**United States Magistrate Judge
Clifford J. Proud**